IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HOLLY A. PARKS,

   Plaintiff,

    v.

LURITA A. DOAN, Administrator,
General Services Administration,

   Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-1885-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge which the Court approves and adopts as the judgment of the Court.

SO ORDERED, this 6 day of March, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\Parks\r&r.wpd