IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HOLLY A. PARKS,

    Plaintiff,

     v.

LURITA A. DOAN, Administrator,
General Services Administration,

    Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-1885-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 28] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 7]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 7] is DENIED.

SO ORDERED, this 16 day of May, 2007.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\Parks\r&r2.wpd