IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HOLLY A. PARKS,

   Plaintiff,

     v.

LURITA A. DOAN, Administrator,
General Services Administration,

   Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-1885-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 69] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 45]. The Plaintiff has failed to produce direct or circumstantial evidence that the employment decisions in question were motivated by intentional racial discrimination. After careful review of the Plaintiff's Objections to the Report and Recommendation, the Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 45] is GRANTED.

SO ORDERED, this 4 day of March, 2008.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge